No. 95–1086. DISTAJO ET AL. *v.* DOCTOR'S ASSOCIATES, INC. C. A. 2d Cir. Certiorari denied.

No. 95–1123. GODBY *v.* ELECTROLUX CORP. C. A. 11th Cir. Certiorari denied.

No. 95–1186. NEW HAMPSHIRE MOTOR TRANSPORT ET AL. *v.* TOWN OF PLAISTOW. C. A. 1st Cir. Certiorari denied.

No. 95–1194. PELOQUIN *v.* UNITED OF OMAHA LIFE INSURANCE CO. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 95–1202. HARTSELL, A MINOR, BY NEXT FRIEND, UPTON *v.* FORT SANDERS REGIONAL MEDICAL CENTER ET AL. Ct. App. Tenn. Certiorari denied.

No. 95–1211. NICIT *v.* NICIT. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 95–1212. BOLT *v.* STATE FARM FIRE & CASUALTY CO. C. A. 9th Cir. Certiorari denied.

No. 95–1213. DELOATCH *v.* HUGHES. C. A. 4th Cir. Certiorari denied.

No. 95–1216. COOK ET AL. *v.* CITY OF CINCINNATI ET AL. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 95–1217. DUSHAW *v.* ROADWAY EXPRESS, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–1218. ALLIGATOR FARMS, INC., ET AL. *v.* GRONER ET AL. Ct. App. La., 3d Cir. Certiorari denied.

No. 95–1227. LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT *v.* DOUCET ET AL. Ct. App. La., 1st Cir. Certiorari denied.